UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Derek Mortland**, | ) |
| | ) Case no. 3:24-cv-00236 |
| Plaintiff, | ) |
| v. | ) |
| | ) Judge Thomas M. Rose |
| **Five SG, LLC** | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS

    Upon stipulation of the parties and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear their or its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: January 30, 2025           s/Thomas M. Rose
                                                  Hon. Judge Thomas M. Rose